# THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA
## CIVIL DIVISION

MICHAEL AND CONNIE SMITH
    PLAINTIFF,

vs.

TOWER HILL SIGNATURE INSURANCE COMPANY
    Defendant.
_____/

Case No.: 162022CA004475

Division:

## AMENDED COMPLAINT

This complaint is being amended to correct the Plaintiff's name and the Defendant's name.

Plaintiff MICHAEL AND CONNIE SMITH sues defendant TOWER HILL SIGNATURE INSURANCE COMPANY and alleges:

1. This is an action seeking damages in excess of $30,000, exclusive of interest, costs, and attorney's fees.

2. The Plaintiff is, and at all times material to this lawsuit was, a citizen of the State of Florida and a resident of Duval County.

3. The Defendant is, and at all times material to this lawsuit was, a Florida corporation with its principal address in Florida.

4. At all material times, the Defendant was engaged in business in the State of Florida, including issuing insurance policies to the citizens of the State of Florida or otherwise insuring property in the State of Florida.

5. At all material times, the defendant was engaged in business in Duval County, Florida.

6. All of the acts giving rise to this lawsuit occurred in Florida, Plaintiff is a resident of Duval County, Florida, and the insurance policy at issue was issued in Duval County, Florida. Jurisdiction and venue are both proper.

7. The Defendant issued a homeowners' insurance policy number P0008034091 which provided property insurance coverage to the Insured for the location at 8034 Shady Grove Road Jacksonville, FL 32256 (the "Policy").

8. The Policy was in full force and effect on 2/8/2022.

9. That insurance policy was in full force and effect at all material times.

10. On 2/8/2022 the Insured sustained a loss to their property.

11. The Insured's loss was caused by wind.

12. The Plaintiff timely reported the loss to the Defendant.

13. The Defendant assigned claim number 3300366640 to the Plaintiff's insurance claim.

14. After being put on notice, conducting several inspections of the Plaintiff's real and personal property, and having had an opportunity to fully investigate the claim, the Defendant declined to pay the full amount of the claim.

15. At all times, the Insured cooperated with the Defendant's investigation of the loss and claim, and the Plaintiff did not indicate that it needed any additional information at the time it denied coverage.

16. At all times, the Plaintiff cooperated with the Defendant's investigation of the loss and claim, and the Defendant did not indicate that it needed any additional information.

### Count I: Breach of Contract

17. The Plaintiff hereby incorporates and re-alleges paragraphs 1 through 16 as if fully set

forth herein.

18. The Plaintiff sustained damage to covered property during the Defendant's policy period.

19. The Plaintiff is owed coverage by the Defendant for his loss.

20. The Defendant failed to fully pay the amount owed to the Plaintiff for the loss.

21. By denying to pay for the loss, the Defendant breached the insurance contract.

22. The Plaintiff has complied with all conditions precedent to bringing this lawsuit and/or all such conditions have been waived by the Defendant.

23. The Defendant's conduct has caused the Plaintiff to retain services of the undersigned counsel to represent him in this action.

24. As a further result of Defendant's failure to pay the claim on a timely basis in violation of Section 627.70131, Florida Statutes, Plaintiff is entitled to interest at the legal rate from the date of this loss until paid by Defendant.

25. If the Plaintiff prevails in this lawsuit, he is entitled to attorneys' fees and costs under section 627.428, Florida Statutes.

WHEREFORE, the Plaintiff, MICHAEL AND CONNIE SMITH, seeks all damages allowable under Florida Law, against the defendant, Tower Hill Signature Insurance Company, including all applicable coverages and policy benefits, interest, fees, and costs.

The Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 4th day of August, 2022.

Respectfully submitted,

**The Law Offices of Stephen F. Difato, PLLC**

/s/ Stephen Difato
Stephen Difato, Esq. FBN: 119741
164 Pinehurst Pointe Drive
St. Augustine, FL 32092
(904) 321-9108 (phone)
(904) 429-4603 (fax)
Attorney for Plaintiff
Service Emails: stephen@difatolaw.com